[No. 17665-0-I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID EDMUND KIZER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 69063, Stephen M. Reilly, J., entered December 23, 1985. *Reversed* by unpublished opinion per Coleman, J., concurred in by Swanson and Webster, JJ.

[No. 18103-3-I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CINDY K. BALDWIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-8-03404-1, Donald D. Haley, J., entered February 14, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18260-9-I.   Division One.   December 7, 1987.]

*In the Matter of the Personal Restraint of*
NOEL EDWARD PLUNKETT, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *dismissed in part* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 18524-1-I.   Division One.   December 7, 1987.]

JOHNNIE H. MORRIS, *Appellant,* v. WERNER E. OTTO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-16204-3, Robert M. Elston, J., entered May 5, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Pekelis, J.